IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-40-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JOSEPH ALAN LEONARD ) | |
| ) | |

This matter is before the court on the government's motion to unseal. The motion is ALLOWED.

This 14 September 2012.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　Senior U.S. District Judge