UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN  DIVISION
NO: 7:12-CR-00040-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOSEPH ALAN LEONARD | ) | |
| | ) | |

Upon Motion by the United States, and without objection from the defendant, it is hereby ORDERED that the Court's oral order of restitution on October 1, 2012, be modified, as follows: In addition to the victims already specified in the order of restitution, the defendant shall pay Mr. Frank Darzano restitution in the amount of $45,000.00, pursuant to 18 U.S.C. §3663A.

IT IS FURTHER ORDERED that the total amount of restitution due and owing to the victims in the above-captioned matter is $1,041,984.80.

This 2 October 2012.


_____
W. Earl Britt
Senior U.S. District Judge