UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00040-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH ALAN LEONARD | ) | |

Pending before the court is defendant's *pro se* motion for return of property. (DE # 63.) Within 20 days of the date of this order, the government is DIRECTED to file a response to that motion.

This 3 January 2014.

                                                         W. Earl Britt
                                                         Senior U.S. District Judge