IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:12-CR-40-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WITHDRAWAL OF WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| JOSEPH ALAN LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

On April 30, 2014, a Writ of Continuing Garnishment to American Funds Service Company was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Continuing Garnishment and requests that the Writ of Continuing Garnishment issued on April 30, 2014 to American Funds Service Company be withdrawn. The Writ of Continuing Garnishment issued on April 30, 2014 to American Funds Service Company filed in this matter is hereby withdrawn and is of no further legal consequence.

This **29** day of *August* , 2014.

_____ For
JULIE A. RICHARDS
Clerk of Court