IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:12-CR-40-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | WITHDRAWAL OF WRIT OF |
| ) | CONTINUING GARNISHMENT |
| JOSEPH ALAN LEONARD, ) | |
| ) | |
| Defendant. ) | |

On August 12, 2014, a Writ of Continuing Garnishment to AIS Property Management, L.L.C. was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Continuing Garnishment and requests that the Writ of Continuing Garnishment issued on August 12, 2014 to AIS Property Management, L.L.C. be withdrawn. The Writ of Continuing Garnishment issued on August 12, 2014 to AIS Property Management, L.L.C. filed in this matter is hereby withdrawn and is of no further legal consequence.

This 12th day of February, 2015.

Julie Richards Johnston
Clerk of Court